UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00166-01** |
| **VERSUS** | : | **JUDGE WALTER** |
| **NICHOLAS LEE HARRIS** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #31], and in the transcript previously filed herein, [doc. #28] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #27], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **NICHOLAS LEE HARRIS** on January 4, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 9 day of Jan, 2019.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE